# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

U.S.A.

v.

Mary Reichenbach

CITATION/CASE NO. 6:11-mj-029-MJS

### ORDER TO PAY

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

| City | State | Zip Code |

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

### I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT

DATE: _____

_____
Defendant's Signature

## YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:

(X) FINE of $ 490.00      (X) Penalty ASSESSMENT of $ 10.00

( ) PROCESSING Fee of $ _____      for a **TOTAL AMOUNT** of $ 500.00,

paid within 30 (days)/ months OR payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(X) PROBATION to be unsupervised / supervised for: Unsupervised Probation for 12 months. Terms and Conditions: Obey all laws, conditions of probation met, Possession of Controlled Substance charge shall be DISMISSED at the conclusion of probation.

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C.** and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU
PO Box 70939
Charlotte, NC 28272-0939
1-800-827-2982

CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 4/19/2011

_____
U.S. MAGISTRATE JUDGE

1) Page 1 - Clerk's Office; 2) Page 2 & 3 - for defendant

EDCA - Rev 3/2007